**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:09-cr-207-T-33TBM

STEPHEN DARNELL LEE
_____/

**ORDER**

This matter comes before the Court pursuant to Defendant's pro se Motion for Reconsideration of Sentence Based Upon a Change in the Sentencing Guidelines (Doc. # 35), which was filed on November 2, 2011. The Court denies the Motion as follows.

On December 3, 2009, this Court sentenced Defendant to the statutory mandatory minimum sentence that could be imposed in this case, which was 60 months of imprisonment. As the Court has sentenced Defendant to the shortest term of imprisonment permitted by statute, Defendant is considered ineligible for relief under Amendment 750. Accordingly, a reduction of Defendant's sentence is not authorized under 18 U.S.C. § 3582(c) and is not consistent with U.S.S.G. § 1B1.10.

Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED**:

Defendant's Motion for Reconsideration of Sentence Based Upon a Change in the Sentencing Guidelines (Doc. # 35) is **DENIED**. Defendant's sentence is not subject to reduction

pursuant to the retroactive application of the amendments to U.S.S.G. § 1B1.10.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 3rd day of November, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Office of the Federal Defender

United States Attorney's Office

United States Probation office

Any pro se party